No. 105. J. D. SPRECKELS, APPELLANT, *v.* GEORGE W. WITT-MAN, CHIEF OF POLICE, ETC. Appeal from the Circuit Court of the United States for the Northern District of California. December 14, 1903. Dismissed with costs, on authority of counsel for appellant. *Mr. J. C. Campbell, Mr. W. H. Metson* and *Mr. E. F. Preston* for appellant. *Mr. Henry C. McPike* for appellee.

---

No. 106. W. S. LEAKE, APPELLANT, *v.* GEORGE W. WITT-MAN, CHIEF OF POLICE, ETC. Appeal from the Circuit Court of the United States for the Northern District of California. December 14, 1903. Dismissed with costs, on authority of counsel for appellant. *Mr. J. C. Campbell, Mr. W. H. Metson* and *Mr. E. F. Preston* for appellant. *Mr. Henry C. McPike* for appellee.

---

No. 107. DONALD MCPHERSON, APPELLANT, *v.* HENRY B.F. MACFARLAND ET AL., COMMISSIONERS OF THE DISTRICT OF COLUMBIA. Appeal from the Court of Appeals of the District of Columbia. December 14, 1903. Dismissed with costs, pursuant to the tenth rule. *Mr. Chapin Brown* for appellant. No appearance for appellees.

---

No. 111. PETER J. HEINZ, SUBSTITUTED FOR ANNA M. HEINZ, DECEASED, APPELLANT, *v.* HENRY B. F. MACFARLAND ET AL., COMMISSIONERS OF THE DISTRICT OF COLUMBIA. Appeal from the Court of Appeals of the District of Columbia. December 15, 1903. Dismissed with costs, pursuant to the tenth rule. *Mr. Chapin Brown* for appellant. No appearance for appellees.